# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MARY WASHINGTON and PEOLA WARREN, individually and on Behalf of all other similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, | )<br>) |
| Defendant. | |

**DECLARATION OF COURTNEY EHINGER**

I, Courtney Ehinger, declare:

1. My name is Courtney Ehinger. I am currently employed as the Senior Vice President, Performing Servicing with Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar").

2. I make this declaration based upon my personal knowledge, my review of Nationstar's business records, and/or my communications with Nationstar's employees. The business records referred to in this Declaration are Nationstar's business records made and kept in the ordinary course of Nationstar's business.

3. Nationstar is a limited liability company that is organized under the laws of the State of Delaware and its principal place of business is in the State of Texas.

4. In my capacity as Senior Vice President, Performing Servicing I am responsible for all non-default aspects of servicing, and I have a team at Nationstar that reports to me.

5. I, together with member of my team acting under my direction, conducted a search and review of Nationstar's business records to identify all Nationstar customers who paid off their mortgage between June 27, 2016 and August 3, 2022, and who were charged a third party reconveyance preparation fee in order to record the release of a satisfied mortgage paid in full in the following states: Alabama, Arizona, Arkansas, Connecticut, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Massachusetts, Mississippi, Montana,

Nebraska, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, and Wyoming.

6. Based on my review, 787,935 Nationstar accounts were charged a third party reconveyance preparation fee based on these criteria for a total of $15,642,786 in fees collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 5th, 2022 in Lewisville, TX.

_____
Courtney Ehinger